IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRACIE GOMEZ-MEEKER
and RUSSELL MEEKER,

    Plaintiffs,

v.                                                                           **No. 21-cv-0692 MV/SMV**

WALMART, INC.,

    Defendant.

**AMENDED[1] ORDER SETTING**
**TELEPHONIC STATUS CONFERENCE *AND ORAL ARGUMENT***

    **Date and time**:        June 7, 2022, at 1:30 p.m. MDT

    **Matter to be heard**:    1) Status Conference
                                         *2) Oral argument on Defendant's Opposed Motion to Compel Deposition of Jake Meeker and Request for Sanctions [Doc. 34].*

    A telephonic status conference is hereby set for **June 7, 2022, at 1:30 p.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    *In addition to the status conference, the Court will hear oral argument on Defendant's Opposed Motion to Compel Deposition of Jake Meeker and Request for Sanctions [Doc. 34].*

---

[1] Amendments to the Court's order entered on April 28, 2022, [Doc. 33] are shown in italics.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**