IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| GRACIE GOMEZ-MEEKER and<br>RUSSELL MEEKER, GUARDIANS OF<br>JAKE RUSSELL MEEKER, | § § § § | |
| Plaintiffs, | § | No.: 2:21-CV-00692-MV/SMV |
| v. | § § § | |
| WALMART, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

The Court has considered the Joint Motion to Extend Deadline to Submit Closing Documents. After due consideration, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for filing the closing documents is extended until August 23, 2022.

Signed this 3rd day of August, 2022.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

42Q1951

AGREED TO AND SUBMITTED BY:

*/s/ Connie J. Flores* - Electronically approved on 8/3/22
Connie J. Flores
Attorney for Plaintiff


*/s/ Clara B. Burns*
Clara B. Burns
Attorney for Defendant

42Q1951